IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NONA FARRAR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN T. MCNESBY, PHILADELPHIA FOP LODGE #5, MAUREEN FAULKNER, DELTA AIRLINES,INC., DELTA AIRLINES DOE NO. 1, DELTA AIRLINES DOE NO. 2, U.S. AIRWAYS, INC., U.S. AIRWAYS, INC. DOE NO. 3, U.S. AIRWAYS, INC. DOE NO. 4, U.S. AIRWAYS, INC., DOE NO. 5, HILTON WORLDWIDE, INC., HILTON GARDEN INN DOE NO. 6, CHUCK CANTERBURY, DAVID GERSH, PAT MASENGILL, SEPHIRA SHUTTLESWORTH, FRATERNAL ORDER OF POLICE, HOLIDAY INN BIRMINGHAM AIRPORT, HOLIDAY INN BIRMINGHAM AIRPORT DOE NO. 7 AND ERIC H. HOLDER, and UNIDENTIFIED TSA AGENT DOE NO. 8 | : : : : : : : : : : : : | No. 13-5683 |

**ORDER**

     AND NOW, this 5th day of December, 2014, upon consideration of the complaint (paper no. 1), defendant Eric H. Holder, Jr.'s and the federal defendants' omnibus motion to dismiss the complaint (paper no. 8), and plaintiff's response in opposition (paper no. 50), and for the reasons stated in the accompanying memorandum of today's date, it is **ORDERED** that:

     Defendant Eric H. Holder, Jr.'s and the federal defendants' omnibus motion to dismiss the complaint (paper no. 8) is **GRANTED**.  All claims against Attorney General Holder and the federal defendants are **DISMISSED WITH PREJUDICE**.

                                                        /s/ Norma L. Shapiro
                                                                            J.