**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NONA FARRAR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN T. MCNESBY, PHILADELPHIA FOP | : | |
| LODGE #5, MAUREEN FAULKNER, | : | |
| DELTA AIRLINES,INC., DELTA AIRLINES | : | |
| DOE NO. 1, DELTA AIRLINES DOE NO. 2, | : | |
| U.S. AIRWAYS, INC., U.S. AIRWAYS, INC. | : | |
| DOE NO. 3, U.S. AIRWAYS, INC. DOE NO. | : | No. 13-5683 |
| 4, U.S. AIRWAYS, INC., DOE NO. 5, | : | |
| HILTON WORLDWIDE, INC., HILTON | : | |
| GARDEN INN DOE NO. 6, CHUCK | : | |
| CANTERBURY, DAVID GERSH, PAT | : | |
| MASENGILL, SEPHIRA | : | |
| SHUTTLESWORTH, FRATERNAL ORDER | : | |
| OF POLICE, HOLIDAY INN | : | |
| BIRMINGHAM AIRPORT, HOLIDAY INN | : | |
| BIRMINGHAM AIRPORT | : | |
| DOE NO. 7 AND ERIC H. HOLDER, and | : | |
| UNIDENTIFIED TSA AGENT DOE NO. 8 | : | |

## ORDER

AND NOW, this 11th day of March, 2015, upon consideration of the complaint (paper no. 1), defendants Hilton Worldwide, Inc. and Hilton Garden Inn Birmingham/Trussville Alabama's motion to dismiss (paper no. 31), and plaintiff's response in opposition (paper no. 55), and for the reasons stated in the accompanying memorandum of today's date, it is **ORDERED** that:

Defendants' motion to dismiss (paper no. 31) is **GRANTED**.  All claims against Hilton Worldwide, Inc. and Hilton Garden Inn Birmingham/Trussville Alabama are **DISMISSED WITH PREJUDICE**.

                                              /s/ Norma L. Shapiro
                                                                          J.