IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NONA FARRAR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN T. MCNESBY, PHILADELPHIA FOP LODGE #5, MAUREEN FAULKNER, DELTA AIRLINES,INC., DELTA AIRLINES DOE NO. 1, DELTA AIRLINES DOE NO. 2, U.S. AIRWAYS, INC., U.S. AIRWAYS, INC. DOE NO. 3, U.S. AIRWAYS, INC. DOE NO. 4, U.S. AIRWAYS, INC., DOE NO. 5, HILTON WORLDWIDE, INC., HILTON GARDEN INN DOE NO. 6, CHUCK CANTERBURY, DAVID GERSH, PAT MASENGILL, SEPHIRA SHUTTLESWORTH, FRATERNAL ORDER OF POLICE, HOLIDAY INN BIRMINGHAM AIRPORT, HOLIDAY INN BIRMINGHAM AIRPORT DOE NO. 7 AND ERIC H. HOLDER, and UNIDENTIFIED TSA AGENT DOE NO. 8 | : : : : : : : : : : : : | No. 13-5683 |

**ORDER**

AND NOW, this 13th day of March, 2015, upon consideration of the complaint (paper no. 1), defendants SIG-Alabama, LLC d/b/a Holiday Inn Birmingham Airport and Holiday Inn Birmingham Airport Doe Defendant No. 7's motion to dismiss (paper no. 29), and plaintiff's response in opposition (paper no. 56), and for the reasons stated in the accompanying memorandum of today's date, it is **ORDERED** that:

Defendants' motion to dismiss (paper no. 29) is **GRANTED**. All claims against Holiday Inn Birmingham Airport and Holiday Inn Birmingham Airport Doe Defendant No. 7 are **DISMISSED WITH PREJUDICE**.

/s/ Norma L. Shapiro
J.